# UNITED STATES DISTRICT COURT
## District of Minnesota

Juan Antonio Carmona Martinez,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-266 ECT/JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Juan M.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED**.
2. Respondents shall release Petitioner from custody immediately, but no later than within 48 hours of this Order.

Date: 1/18/2026

KATE M. FOGARTY, CLERK